## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLEEM ALBERT WALKER-BORDEN,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 2:24-cv-05295-JDW** |
| | : | |
| **CURRAN FROMHOLD** | : | |
| **CORRECTIONAL FACILITY,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 31st day of March, 2025, upon consideration of Plaintiff Aleem Albert Walker-Borden's Applications For Prisoner To Proceed In District Court Without Prepaying Fees Or Costs (ECF Nos. 1, 7), his Prisoner Trust Fund Account Statement (ECF No. 8), and his *pro se* Complaint (ECF No. 2), it is **ORDERED** as follows.

1.      Mr. Walker-Borden's first Application For Prisoner To Proceed In District Court Without Prepaying Fees Or Costs (ECF No. 1) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      Mr. Walker-Borden's second Application For Prisoner To Proceed In District Court Without Prepaying Fees Or Costs (ECF No. 7) is **DENIED AS MOOT**.

3.      Aleem Albert Walker-Borden, #1055339, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Warden of the Curran-Fromhold Correctional Facility or other appropriate official shall assess an initial filing fee of 20% of the greater of (a) the average monthly deposits

to Mr. Walker-Borden's inmate account; or (b) the average monthly balance in Mr.

Walker-Borden's inmate account for the six-month period immediately preceding the

filing of this case.  The Warden or other appropriate official shall calculate, collect, and

forward the initial payment assessed pursuant to this Order to the Court with a

reference to the docket number for this case.  In each succeeding month when the

amount in Mr. Walker-Borden's inmate trust fund account exceeds $10.00, the Warden

or other appropriate official shall forward payments to the Clerk of Court equaling 20%

of the preceding month's income credited to Mr. Walker-Borden's inmate account until

the fees are paid.  Each payment shall refer to the docket number for this case.

4.    The Clerk of Court shall send a copy of this order to the Warden of the

Curran-Fromhold Correctional Facility.

5.    The Complaint is **DEEMED** filed.

6.    The Clerk of Court shall add the Commonwealth of Pennsylvania, Warden

Robert Rose, and Deputy Warden Karen Butler as Defendants.

7.    The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART**

**WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)

for the reasons stated in the accompanying Memorandum, as follows:

a.    Mr. Walker-Borden's claims against the Curran-Fromhold

Correctional Facility and the Commonwealth of Pennsylvania are **DISMISSED WITH**

**PREJUDICE**; and

b.    The remainder of Mr. Walker-Borden's Complaint is **DISMISSED WITHOUT PREJUDICE**.

8.    The Clerk of Court shall **TERMINATE** the Curran-Fromhold Correctional Facility and the Commonwealth of Pennsylvania as Defendants.

9.    Mr. Walker-Borden may file an amended complaint on or before May 2, 2025.  Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Mr. Walker-Borden's claims against each defendant. The amended complaint must also provide as much identifying information for the defendants as possible. Mr. Walker-Borden may only refer to a defendant by last name if that is the only identifying information possessed. If Mr. Walker-Borden intends to name individuals for whom he does not have any identifying information, he may refer to those individuals as John Doe #1, John Doe #2, etc.[1]  The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim.  When drafting his amended complaint, Mr. Walker-Borden should be mindful of mt reasons for dismissing the claims in his initial Complaint, as explained in the accompanying Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until I so order.

---

[1] Without the name of at least one individual or entity, however, the Court may be unable to direct service of any amended complaint that Mr. Walker-Borden may file.

10.     The Clerk of Court shall send Mr. Walker-Borden a blank copy of the Court's form complaint for a prisoner filing a civil rights action bearing the above civil action number. Mr. Walker-Borden may use this form to file his amended complaint if he chooses to do so.

11.     If Mr. Walker-Borden does not wish to amend his Complaint and instead intends to stand on his Complaint as originally pled, then on or before May 2, 2025, he may file a notice with the Court stating that intent, at which time I will issue a final order dismissing the case.  Any such notice should be titled "Notice to Stand on Complaint," and shall include the civil action number for this case.

12.     If Mr. Walker-Borden fails to file any response to this Order, I will conclude that Mr. Walker-Borden intends to stand on his Complaint and will issue a final order dismissing this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**